*E-Filed 8/26/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GREGORY LEE GRAY,

    Petitioner,

    v.

M. MCDONALD,

    Respondent.

No. C 11-3599 RS (PR)

**ORDER OF DISMISSAL**

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days, or face dismissal of the action. More than 30 days have passed and petitioner has not paid the filing fee or filed a complete IFP application. The IFP application is incomplete because petitioner has not included a (1) Certificate of Funds signed by an authorized prison officer (the one he submitted is unsigned), and (2) a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice to petitioner paying the file fee, **or** filing both (1) **and** (2) with the Court. Petitioner's motion to vacate the judgment (Docket No. 2), his motion to appoint counsel (Docket No. 4), and his motion to proceed IFP (Docket No. 5) are DENIED without prejudice. The Clerk shall terminate Docket Nos. 2, 4 & 5, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: August 25, 2011

                                               RICHARD SEEBORG
                                               United States District Judge

**United States District Court**
For the Northern District of California